Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

        Case No.: 18−24081−KCF  
        Chapter: 13  
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert R. Stratton | Laura L. Stratton |
| 351 Conover Place | 351 Conover Place |
| Red Bank, NJ 07701 | Red Bank, NJ 07701 |

Social Security No.:  
  xxx−xx−7652                                     xxx−xx−3831

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          9/12/18  
Time:         10:00 AM  
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 16, 2018  
JAN: vpm

                                                          Jeanne Naughton  
                                                           Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-24081-KCF
Robert R. Stratton                                              Chapter 13
Laura L. Stratton
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin            Page 1 of 1            Date Rcvd: Jul 16, 2018
                               Form ID: 132           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2018.
db/jdb         +Robert R. Stratton,    Laura L. Stratton,    351 Conover Place,    Red Bank, NJ 07701-6118
517643837      +EZ Pass NJ,    375 McCarter Highway,    Newark, NJ 07114-2563
517643838      +GM Financial,    Bankruptcy Dept,    PO Box 183853,    Arlington, TX 76096-3853
517643843       KML Law Group PC,    216 Haddon Ave,    Ste 406,    Oaklyn, NJ 08107
517643842       Kia Motors Finance,    Att: Bankruptcy Dept,    PO Box 20809,    Fountain Valley, CA 92728-0809
517643845      +Mr. Cooper,    Att: Bankruptcy Unit,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517643846      +NJM Insurance,    Att: Nathan John Buurma, Esq.,    301 Sullivan Way,    W. Trenton, NJ 08628-3406
517643847      +The Bank of New York Mellon,    c/o KML Law Group,    216 Haddon Ave,    Ste 406,
                 Collingswood, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 16 2018 23:44:50     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 16 2018 23:44:46     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517643840       E-mail/Text: cio.bncmail@irs.gov Jul 16 2018 23:44:18     Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
517643844      +E-mail/Text: ebn@barnabashealth.org Jul 16 2018 23:45:17     Monmouth Medical Center,
                 Patient Billing,    300 Second Avenue,    Long Branch, NJ 07740-6303
                                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517643841*       Internal Revenue Service,    PO Box 9041,    Andover, MA 01810-9041
517643839*       Internal Revenue Service,    Insolvency Unit,    PO Box 744,    Springfield, NJ 07081
                                                                                             TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2018 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren Brumel    on behalf of Debtor Robert R. Stratton wbrumel@keyportlaw.com,
               brumellawecf@gmail.com
              Warren Brumel    on behalf of Joint Debtor Laura L. Stratton wbrumel@keyportlaw.com,
               brumellawecf@gmail.com
                                                                                             TOTAL: 4