UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Warren Brumel, Esq.  WB3626
Attorney for Debtor(s)
PO Box 181
Keyport, NJ 07735
732-264-3400
wbrumel@keyportlaw.com

---

| In Re: | Case No.: | 18-24081 |
| | Judge: | KCF |
| LAURA L. STRATTON | | |
| ROBERT R. STRATTON | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one):**

1.   ☒ Motion for Relief from the Automatic Stay filed by _____Bank of NY Mellon_____,

   creditor,

   A hearing has been scheduled for _____11/14/2018_____, at ___9:00___.


   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.


   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.


2.   I oppose the above matter for the following reasons **(choose one):**

   ☐ Payments have been made in the amount of $ _____4000.00_____, but have not

   been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows (explain your answer):

☒ Other (explain your answer):
Debtors tendered the adequate protection payments as per the plan, but same were rejected by the servicer who advised that only the full payment would be accepted.

3.      This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: 10/23/2018 _____          /s/ Laura L. Stratton _____
                                        Debtor's Signature

Date: _____          _____
                                        Debtor's Signature


**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*