Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−24081−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert R. Stratton    Laura L. Stratton
351 Conover Place    351 Conover Place
Red Bank, NJ 07701    Red Bank, NJ 07701

Social Security No.:
xxx−xx−7652    xxx−xx−3831

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on January 29, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 31, 2019
JAN: ckk

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-24081-KCF
Robert R. Stratton                                                      Chapter 13
Laura L. Stratton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 31, 2019
                              Form ID: 148             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2019.
db/jdb         +Robert R. Stratton,    Laura L. Stratton,    351 Conover Place,    Red Bank, NJ 07701-6118
517643837      +EZ Pass NJ,    375 McCarter Highway,    Newark, NJ 07114-2563
517741916      +Hyundai Capital America DBA,    Kia Motors Finance,    PO Box 20825,
                 Fountain Valley, CA 92728-0825
517643843       KML Law Group PC,    216 Haddon Ave,    Ste 406,    Oaklyn, NJ 08107
517643842       Kia Motors Finance,    Att: Bankruptcy Dept,    PO Box 20809,    Fountain Valley, CA 92728-0809
517643845      +Mr. Cooper,    Att: Bankruptcy Unit,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517643846      +NJM Insurance,    Att: Nathan John Buurma, Esq.,    301 Sullivan Way,    W. Trenton, NJ 08628-3406
517661380      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
517699822       State of New Jersey,    Division of Employer Accounts,    PO Box 379,    Trenton, NJ 08625-0379
517643847      +The Bank of New York Mellon,    c/o KML Law Group,    216 Haddon Ave,    Ste 406,
                 Collingswood, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 01 2019 00:09:05      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 01 2019 00:09:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517672793       EDI: PHINAMERI.COM Feb 01 2019 04:28:00      Americredit Financial Services, Inc.,
                 dba GM Financial,    PO Box 183853,   Arlington, TX 76096
517699258       EDI: CAPITALONE.COM Feb 01 2019 04:28:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
517748368       EDI: BL-BECKET.COM Feb 01 2019 04:28:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
517643838      +EDI: PHINAMERI.COM Feb 01 2019 04:28:00      GM Financial,   Bankruptcy Dept,   PO Box 183853,
                 Arlington, TX 76096-3853
517643840       EDI: IRS.COM Feb 01 2019 04:28:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
517758444       EDI: RESURGENT.COM Feb 01 2019 04:28:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Arrow Financial Services,,    LLC,   Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517710345       EDI: MERRICKBANK.COM Feb 01 2019 04:28:00       MERRICK BANK,   Resurgent Capital Services,
                 PO Box 10368,   Greenville, SC 29603-0368
517723937      +EDI: MID8.COM Feb 01 2019 04:28:00      MIDLAND FUNDING LLC,   PO Box 2011,
                 Warren, MI 48090-2011
517643844      +E-mail/Text: ebn@rwjbh.org Feb 01 2019 00:09:29      Monmouth Medical Center,   Patient Billing,
                 300 Second Avenue,   Long Branch, NJ 07740-6303
517760890       EDI: PRA.COM Feb 01 2019 04:28:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank (USA), N.a.,    POB 41067,   Norfolk VA 23541
517731186      +EDI: JEFFERSONCAP.COM Feb 01 2019 04:28:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517768789      +E-mail/Text: bncmail@w-legal.com Feb 01 2019 00:09:15      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517757415      +EDI: AIS.COM Feb 01 2019 04:28:00      Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517705096*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
                (address filed with court: AMERICREDIT FINANCIAL SERVICES, INC.,    DBA GM FINANCIAL,
                 P.O BOX 183853,   ARLINGTON, TX 76096)
517643841*      Internal Revenue Service,   PO Box 9041,   Andover, MA 01810-9041
517643839*      Internal Revenue Service,   Insolvency Unit,   PO Box 744,   Springfield, NJ 07081
                                                                                    TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: Jan 31, 2019
                              Form ID: 148             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A., AS TRUSTEE FOR CENTEX HOME EQUITY LOAN
               TRUST 2006-A dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A., AS TRUSTEE FOR CENTEX HOME EQUITY
               LOAN TRUST 2006-A rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren   Brumel    on behalf of Debtor Robert R. Stratton wbrumel@keyportlaw.com,
               brumellawecf@gmail.com
              Warren   Brumel    on behalf of Joint Debtor Laura L. Stratton wbrumel@keyportlaw.com,
               brumellawecf@gmail.com
                                                                                             TOTAL: 6
```